ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 9 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. 1:25-CR-534 |
| JOSHUA ISAIAH PENDLETON | **UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Count One

On or about February 9, 2023, in the Northern District of Georgia, the defendant, JOSHUA ISAIAH PENDLTON, in connection with the purchase, from Fieldstone Jewelry and Pawn, located on Iris Drive in Conyers, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of one (1) FN, model M249S, 5.56 caliber rifle, did knowingly cause a false statement to be made to Fieldstone Jewelry and Pawn, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that Defendant JOSHUA ISAIAH PENDLTON falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the actual buyer of said firearm and was not purchasing the firearm on behalf of another person, when, as Defendant PENDLTON then well knew, "Santos" was the true transferee and buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### Count Two

On or about March 13, 2023, in the Northern District of Georgia, the defendant, JOSHUA ISAIAH PENDLTON, in connection with the purchase, from Bass Pro Shops Outdoor World, located on Sugarloaf Parkway in Lawrenceville, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of one (1) FN, model M249S, 5.56 caliber rifle, did knowingly cause a false statement to be made to Bass Pro Shops Outdoor World, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that Defendant JOSHUA ISAIAH PENDLTON falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the actual buyer of said firearm and was not purchasing the firearm on behalf of another person, when, as Defendant PENDLTON then well knew, "Santos" was the true transferee and buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### Count Three

On or about April 28, 2023, in the Northern District of Georgia, the defendant, JOSHUA ISAIAH PENDLTON, in connection with the purchase, from Bass Pro Shops Outdoor World, located on Sugarloaf Parkway in Lawrenceville, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of one (1) FN, model M249S, 5.56 caliber rifle, did knowingly cause a false statement to be made to Bass Pro Shops Outdoor World, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact

material to the lawfulness of the acquisition of said firearms, in that Defendant JOSHUA ISAIAH PENDLTON falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the actual buyer of said firearm and was not purchasing the firearm on behalf of another person, when, as Defendant PENDLTON then well knew, "Santos" was the true transferee and buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### Count Four

On or about May 4, 2023, in the Northern District of Georgia, the defendant, JOSHUA ISAIAH PENDLTON, in connection with the purchase, from Fieldstone Jewelry and Pawn, located on Iris Drive in Conyers, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of one (1) FN, model M249S, 5.56 caliber rifle, did knowingly cause a false statement to be made to Fieldstone Jewelry and Pawn, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that Defendant JOSHUA ISAIAH PENDLTON falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the actual buyer of said firearm and was not purchasing the firearm on behalf of another person, when, as Defendant PENDLTON then well knew, "Santos" was the true transferee and buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## Count Five

On or about June 7, 2023, in the Northern District of Georgia, the defendant, JOSHUA ISAIAH PENDLTON, in connection with the purchase, from Bullseye Indoor Range and Gun Shop, located on W Crogan Street in Lawrenceville, Georgia, a licensed federal firearms dealer under Chapter 44 of Title 18, United States Code, of one (1) FN, model M249S, 5.56 caliber rifle, did knowingly cause a false statement to be made to Bullseye Indoor Range and Gun Shop, which statement was intended and likely to deceive the licensed federal firearms dealer as to a fact material to the lawfulness of the acquisition of said firearms, in that Defendant JOSHUA ISAIAH PENDLTON falsely represented on a Firearms Transaction Record, ATF Form 4473, that he was the actual buyer of said firearm and was not purchasing the firearm on behalf of another person, when, as Defendant PENDLTON then well knew, "Santos" was the true transferee and buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Five of the Indictment, the defendant, JOSHUA ISAIAH PENDLTON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A __True__ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

ERIN E. SANDERS
 *Assistant United States Attorney*
Georgia Bar No. 552091

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5